# United States District Court
# District of Massachusetts

BRIAN EDWARD MAHONEY,
    Petitioner,

    v.                                  CIVIL ACTION NO. 2013-11564-NMG

JEFF GRONDOLSKY-WARDEN,
ERIC HOLDER-ATTORNEY GENERAL,
    Respondents.

## *REPORT AND RECOMMENDATION ON PLAINTIFF [sic] MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 56(a)(b)(c)(1)(A)(B)(e)(3) (#11)*

COLLINGS, U.S.M.J.

    Plaintiff [sic] Motion for Summary Judgment Pursuant to Federal Rules of Civil Procedure 56(a)(b)(c)(1)(A)(B)(e)(3) (#11) is essentially duplicative of the Motion for Default Judgment on the Respondents [sic] Failure to Respond to Petitioner's 28 U.S.C. 2241(c)(3) [sic] Within Twenty-One Day Court Order

(#9). Since I have recommended that that motion (#9) be denied, *see* #22, it follows that the instant motion for summary judgment should likewise be denied.

Accordingly, I RECOMMEND the Plaintiff [*sic*] Motion for Summary Judgment Pursuant to Federal Rules of Civil Procedure 56(a)(b)(c)(1)(A)(B)(e)(3) (#11) be DENIED.

The parties are hereby advised that any party who objects to this recommendation must file a specific written objection thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1 Cir., 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1 Cir., 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1 Cir., 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1 Cir., 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1 Cir.,

1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

/s/ *Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

December 3, 2013.