# United States District Court
# District of Massachusetts

BRIAN EDWARD MAHONEY,
    Petitioner,

    v.                      CIVIL ACTION NO. 2013-11564-NMG

JEFF GRONDOLSKY-WARDEN,
ERIC HOLDER-ATTORNEY GENERAL,
    Respondents.

## *REPORT AND RECOMMENDATION ON PETITIONER'S MOTION FOR DEFAULT JUDGMENT ON THE RESPONDENTS [sic] FAILURE TO RESPOND TO PETITIONER'S 28 U.S.C. § 2241(c)(3) [sic] WITHIN TWENTY-ONE DAY ORDER (#9)*

COLLINGS, U.S.M.J.

    Petitioner Brian Edward Mahoney filed a Petition for Writ of Habeas Corpus (#1) on June 28, 2013. On July 19, 2013, Judge Gorton issued the

*Report and Recommendation accepted and adopted.* /s/ NMGorton, USDJ 1/23/14