# United States District Court
# District of Massachusetts

BRIAN EDWARD MAHONEY,
   Petitioner,

v.                        CIVIL ACTION NO. 2013-11564-NMG

JEFF GRONDOLSKY-WARDEN,
ERIC HOLDER-ATTORNEY GENERAL,
   Respondents.

## *REPORT AND RECOMMENDATION ON RESPONDENT'S [MOTION TO] DISMISS THE PETITIONER'S HABEAS PETITION (#10)*

COLLINGS, U.S.M.J.

    The instant petition should be dismissed forthwith for the same reasons that Mahoney's earlier petition (C.A. 13-11094-NMG) was dismissed. *See* 13-11094-NMG, #5 at pp. 3-4 ("Discussion").[1]  In short, in the instant case,

---

[1] A copy of the Memorandum and Order is attached hereto.

*Report and Recommendation accepted and adopted.* /s/NMGorton, USDJ 1/23/14