# United States District Court
# District of Massachusetts

BRIAN EDWARD MAHONEY,
    Petitioner,

v.                            CIVIL ACTION NO. 2013-11564-NMG

JEFF GRONDOLSKY-WARDEN,
ERIC HOLDER-ATTORNEY GENERAL,
    Respondents.

## *REPORT AND RECOMMENDATION ON PLAINTIFF [sic] MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 56(a)(b)(c)(1)(A)(B)(e)(3) (#11)*

COLLINGS, U.S.M.J.

    Plaintiff [sic] Motion for Summary Judgment Pursuant to Federal Rules of Civil Procedure 56(a)(b)(c)(1)(A)(B)(e)(3) (#11) is essentially duplicative of the Motion for Default Judgment on the Respondents [sic] Failure to Respond to Petitioner's 28 U.S.C. 2241(c)(3) [sic] Within Twenty-One Day Court Order

*Report and Recommendation accepted and adopted.* /s/ NMGorton, USDJ 1/23/14